O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 07-01507-SGL (JCRx)                                          Date:  October 27, 2008

Title:      JUAN M. BENITEZ, JOSEPHINA BENITEZ -v- GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a Colorado Corporation; DOES 1-50, inclusive
==========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Brian J. Campbell                                         Joseph C. Faucher

PROCEEDINGS:   (1)   **Plaintiff's Motion for Summary Judgment, No. 13;**
               (2)   **Defendant Great-West Life & Annuity Insurance Company's Motion for Summary Judgment as to or in the Alternative, For Order Determining Material Facts to be Without Substantial Controversy, No. 14.**

   This matter was heard on October 27, 2008.

   The Court finds that the relevant question on the decedent's life insurance policy application is not ambiguous, and the record establishes that decedent's "no" answer was inaccurate.  The record also establishes that a "yes" answer to the question would have resulted in the insurer's refusal to issue the policy.  Although plaintiffs purport to dispute this fact, the cited evidence is mere argument of counsel rather than controverting evidence.  Accordingly, the insurer was within its rights to rescind the policy upon tender back of the premiums paid.  <u>See</u> <u>West Coast Life Ins. Co. v. Ward</u>, 132 Cal.App.4th 181, 186-87 (2005) (misrepresentations need not be intentional, materiality of representation is determined by effect of answer on insurer, and rescission renders the policy void *ab initio*); <u>Mitchell v. United Nat'l Ins. Co.</u>, 127 Cal.App.4th 457, 474 (2005) (misrepresentation need not relate to the loss ultimately claimed by the insured).

   Plaintiff's motion for summary judgment is **DENIED**; defendant's motion for summary judgment is **GRANTED**.

   Defendant shall lodge and email to the chambers email address a proposed judgment.

   **IT IS SO ORDERED.**

### Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 08-02, filed on March, 2008 (**superseding** General Order No. 07-08). Although the procedure is set forth in great detail in General Order 08-02, generally, the procedure consists of the following three steps:

Step 1: All *non-signature* items shall be e-filed in **.pdf format.**

Step 2: In addition to being e-filed, all proposed *signature* items shall be e-mailed to the chambers electronic mailbox in **Microsoft Word** or **WordPerfect format**. **WordPerfect format is preferred**. The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3: A paper copy of all e-filed documents shall be delivered to chambers **no later than noon the day after e-filing**. All copies delivered to chambers shall have the Notice of E-filing attached thereto. For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

Documents to be filed under seal may not be e-filed and are subject to different procedures. To file documents under seal, the following steps must be taken:

Step 1: Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2: E-file a Notice of Manual Filing.

Step 3: E-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration. WordPerfect format is preferred.

### DO NOT OMIT ANY OF THE ABOVE STEPS.

For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

(Revision date January 16, 2008)