Joseph C. Faucher (CA State Bar #: 137353)
joefaucher@reish.com
Pascal Benyamini (CA State Bar #: 203883)
pascalbenyamini@reish.com
Amir A. Amini (CA State Bar #: 277377)
amiramini@reish.com
**REISH LUFTMAN REICHER & COHEN**
11755 Wilshire Boulevard, 10th Floor
Los Angeles, CA 90025-1539
Telephone Number: (310) 478-5656
Facsimile Number: (310) 478-5831

Attorneys for Defendant
GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JUAN M. BENITEZ, JOSEPHINA BENITEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a Colorado Corporation; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. EDCV07-01507 SGL (JCRx)<br><br>**AMENDED JUDGMENT**<br><br>DATE: October 27, 2008<br>TIME: 10:00 a.m.<br>CTRM: 1 |

The Motions of Plaintiffs Juan M. Benitez and Josephina Benitez (collectively "Plaintiffs") for Summary Judgment [Docket No. 13] and of Defendant Great-West Life & Annuity Insurance Company ("Defendant") for Summary Judgment or, in the Alternative, For Order Determining Material Facts to Be Without Substantial Controversy [Docket No. 14], having come on for hearing on October 27, 2008, and the Court having reviewed the papers in support of and in opposition to said Motions.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Plaintiffs' Motion for Summary Judgment is Denied.

1

1       IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED
2  THAT Defendant's Motion for Summary Judgment is Granted with respect to all of
3  Plaintiffs' claims. This Court's Order dated October 27, 2008 denying Plaintiffs'
4  Motion for Summary Judgment and granting Defendant's Motion for Summary
5  Judgment is attached hereto as Exhibit 1 and incorporated by this reference.
6       Accordingly, the Court finds that there is no genuine issue as to any material
7  fact, that Great-West is entitled to judgment as a matter of law, and that Plaintiffs'
8  Complaint has no merit.
9       It is therefore ordered, adjudged and decreed as follows:
10      (1)   Plaintiffs' Complaint herein is dismissed with prejudice; and
11      (2)   Great-West shall recover its costs of suit incurred herein.

13  DATED: November 12, 2008        _____
14                                  HONORABLE STEPHEN G. LARSON
                                    UNITED STATES DISTRICT JUDGE